IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Keith L. Hoffler, #49548, ) | Civil Action No. 6:04-22100-CMC-WMC |
| Plaintiff, ) | **REPORT OF MAGISTRATE JUDGE** |
| vs. ) | |
| Sgt. Curtis Bufford and Aramark ) Kitchen Services, ) | |
| Defendants. ) | |

This matter is before the court on motion of the plaintiff to dismiss without prejudice filed May 2, 2005. The defendants have filed no opposition to the plaintiff's motion.

Wherefore, it is recommended that the plaintiff's motion be granted and this action be dismissed without prejudice.

s/William M. Catoe
United States Magistrate Judge

June 3, 2005

Greenville, South Carolina